| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Baker, Mary Gordon | 2. Court or Organization<br><br>U.S. District Court, District of South Carolina | 3. Date of Report<br><br>11/01/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full time United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

85 Broad Street (29401)
P.O. Box 835
Charleston
South Carolina 29402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Personal Representative | Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baker, Mary Gordon** | 11/01/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Regionsbank | Mortgage on Rental Property #1, Mount Pleasant, SC Charleston County (Pt VII, line 1) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/01/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental Property #1, Mount Pleasant, SC, Charleston County, SC | E | Rent | M | W | | | | | |
| 2. | Brokerage #1 H | | | | | | | | | |
| 3. | AT&T Common Stock | D | Dividend | M | T | | | | | |
| 4. | Bank of America Corp. Common Stock | A | Dividend | J | T | | | | | |
| 5. | IRA Bank of America Corp. Common Stock | A | Dividend | K | T | | | | | |
| 6. | BP PLC common stock | A | Dividend | K | T | | | | | |
| 7. | IRA BP PLC Common Stock | A | Dividend | J | T | | | | | |
| 8. | BB&T Corp. Common Stock | A | Dividend | J | T | | | | | |
| 9. | IRA BB&T Corp. Common Stock (X) | A | Dividend | K | T | | | | | |
| 10. | Duke Energy Corp. Common Stock | C | Dividend | L | T | | | | | |
| 11. | IRA Duke Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 12. | Enbridge Inc. common stock (X) | B | Dividend | K | T | | | | | |
| 13. | Fairpoint Communications Common Stock | A | Dividend | | | Sold | 04/27/17 | J | A | |
| 14. | IRA Fairpoint Communications Common Stock | A | Dividend | | | Sold | 04/27/17 | J | A | |
| 15. | Frontier Communications Common Stock | A | Dividend | J | T | | | | | |
| 16. | IRA Frontier Communications Common Stock | A | Dividend | | | Sold | 08/21/17 | J | A | |
| 17. | Regions Financial Corp Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Regions Financial Corp. Common Stock | A | Int./Div. | J | T | | | | | |
| 19. SCANA Corp. Common Stock | B | Dividend | K | T | | | | | |
| 20. Spectra Energy Corp. Common Stock (X) | B | Dividend | | | Merged (with line 12) | 02/27/17 | K | | |
| 21. Verizon Communications Common Stock | C | Dividend | L | T | | | | | |
| 22. IRA Verizon common stock | A | Dividend | J | T | | | | | |
| 23. Blackrock Muniassets Fund | A | Dividend | J | T | | | | | |
| 24. IRA Blackrock Muniassets Fund | A | Dividend | J | T | | | | | |
| 25. IRA Cisco Systems Inc. Common Stock | A | Dividend | J | T | | | | | |
| 26. IRA General Electric Common Stock | A | Dividend | J | T | | | | | |
| 27. IRA General Mills Common Stock | A | Dividend | J | T | | | | | |
| 28. IRA General Motors Common Stock | A | Dividend | J | T | | | | | |
| 29. IRA Glaxosmithkline Common Stock | A | Dividend | J | T | | | | | |
| 30. IRA IBM Common Stock | A | Dividend | K | T | | | | | |
| 31. IRA Johnson and Johnson Common Stock | A | Dividend | J | T | | | | | |
| 32. IRA JP Morgan Chase Common Stock | A | Dividend | J | T | | | | | |
| 33. IRA PPL Corp. Common Stock | A | Dividend | J | T | | | | | |
| 34. IRA Procter & Gamble Co. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA Wells Fargo Common Stock | A | Dividend | J | T | | | | | |
| 36. IRA Kayne Anderson MLP | A | Dividend | J | T | | | | | |
| 37. IRA Virtus Small Cap Fund | A | Dividend | K | T | | | | | |
| 38. IRA Virtus Strategic Growth Fund | A | Dividend | J | T | | | | | |
| 39. Merrill Lynch CMA account | A | Interest | L | T | | | | | |
| 40. Brokerage #2 H | | | | | | | | | |
| 41. Capital Bank common stock (X) | A | Dividend | | | Merged (with line 42) | 12/01/17 | J | | |
| 42. First Horizon Nat'l. Corp. common stock (X) | A | Dividend | J | T | | | | | |
| 43. Park Sterling Corp. Common Stock (X) | A | Dividend | | | Merged (with line 44) | 12/01/17 | J | | |
| 44. SouthState Bank common stock (X) | A | Dividend | J | T | | | | | |
| 45. Regions Financial Corp. Common Stock | A | Dividend | K | T | | | | | |
| 46. Bank of North Carolina common stock (X) | A | Dividend | | | Merged (with line 47) | 06/16/17 | K | | |
| 47. Pinnacle Bank common stock | A | Dividend | K | T | | | | | |
| 48. Brokerage #3 H | | | | | | | | | |
| 49. Powershares QQQ ETF | A | Dividend | K | T | | | | | |
| 50. AMG Managers Bond Service | A | Dividend | J | T | | | | | |
| 51. Chevron common stock (X) | A | Dividend | J | T | | 08/10/17 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Exxon Mobil common stock (X) | A | Dividend | J | T | | 08/10/17 | | | |
| 53. Franklin Income Advisor (X) | B | Dividend | K | T | | 08/10/17 | | | |
| 54. Granite Point Mortgage | A | Dividend | J | T | Spinoff (from line 59) | 11/06/17 | J | | |
| 55. JP Morgan Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 56. Growth Fund of America | A | Dividend | | | Sold | 12/04/17 | J | B | |
| 57. Oppenheimer Main St Mid Cap Fund | A | Dividend | J | T | | | | | |
| 58. SPDR Euro Stoxx | A | Dividend | J | T | | | | | |
| 59. Two Harbors Inv. Corp. (X) | A | Dividend | J | T | | | | | |
| 60. Brokerage #4 H | | | | | | | | | |
| 61. IRA Silver Bay Realty Tr. Corp. | A | Dividend | | | Sold | 04/07/17 | J | A | |
| 62. IRA Two Harbors Invt Corp | A | Dividend | J | T | | | | | |
| 63. IRA Granite Point Mortgage | A | Dividend | J | T | Spinoff (from line 62) | 11/06/17 | J | | |
| 64. IRA Oppenheimer Steelpath MLL | A | Dividend | J | T | Buy | 04/07/17 | J | | |
| 65. Brokerage #5 H | | | | | | | | | |
| 66. IRA AT&T common stock | A | Dividend | J | T | | | | | |
| 67. IRA Apple common stock | A | Dividend | K | T | | | | | |
| 68. IRA BP PLC | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA Facebook common stock | A | Dividend | K | T | | | | | |
| 70. IRA Granite Point Mortgage | A | Dividend | J | T | Spinoff (from line 72) | 11/06/17 | J | | |
| 71. IRA Royal Dutch Shell Common Stock | B | Dividend | K | T | | | | | |
| 72. IRA Two Harbors Invt Corp common stock | B | Dividend | J | T | | | | | |
| 73. IRA AB Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 74. IRA Diamond Hill Small Cap | A | Dividend | J | T | | | | | |
| 75. IRA Federated Kaufmann Large Cap Fund | A | Dividend | K | T | | | | | |
| 76. IRA Franklin Income Advisor CL Fund | E | Dividend | N | T | | | | | |
| 77. IRA John Hancock Disciplined Val Mid Cap Fund | A | Dividend | J | T | | | | | |
| 78. IRA MFS Intl Value Fund | A | Dividend | J | T | | | | | |
| 79. IRA James Alpha Global Real Estate Investments | A | Dividend | K | T | | | | | |
| 80. IRA Satuit Capital US Emerging Companies | A | Dividend | | | Sold | 07/28/17 | J | A | |
| 81. IRA Sentinel Low Duration Bond Fund (X) | A | Dividend | | | Merged (with line 87) | 10/30/17 | K | | |
| 82. IRA Oppenheimer Steelpath MLP Income Fund | B | Dividend | J | T | | | | | |
| 83. IRA Sunamerica Focused Dividend Strategy Fund (X) | A | Dividend | | | Merged (with line 84) | 02/28/17 | K | | |
| 84. IRA AIG Focused Dividend Strategy (X) | A | Dividend | K | T | | | | | |
| 85. IRA Templeton Emerging Mkts Small Cap Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 87. IRA Touchstone Ultra Short Fund (X) | A | Dividend | K | T | | | | | |
| 88. Brokerage #6 H | | | | | | | | | |
| 89. IRA Altria Group Inc. | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 90. IRA Bank of North Carolina common stock (X) | A | Dividend | | | Merged (with line 91) | 06/16/17 | K | | |
| 91. IRA Pinnacle Bank common stock (X) | A | Dividend | K | T | | | | | |
| 92. IRA Exxon Mobil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 93. IRA Granite Point Mortgage common stock | A | Dividend | J | T | Spinoff (from line 99) | 11/06/17 | J | | |
| 94. IRA Regions Financial Corp. Common Stock | B | Dividend | L | T | | | | | |
| 95. IRA Reynolds American Common Stock | A | Dividend | | | Sold | 07/25/17 | J | A | |
| 96. IRA Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 97. IRA Silver Bay Realty Tr Corp Common Stock | A | Dividend | | | Sold | 04/07/17 | J | A | |
| 98. IRA Snap common stock | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 99. IRA Two Harbors Invt Corp Common Stock | B | Dividend | J | T | | | | | |
| 100. IRA Columbia Global Equity Value Mutual Fund | A | Dividend | K | T | | | | | |
| 101. IRA Delaware Diversified Income Mutual Fund | A | Dividend | J | T | | | | | |
| 102. IRA FMI Int'l Instl CL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/01/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA Franklin Income Advisor Mutual Fund | C | Dividend | L | T | | | | | |
| 104. IRA Growth Fund of America Mutual Fund | A | Dividend | J | T | | | | | |
| 105. IRA Hartford Cap Appreciation Mutual Fund | A | Dividend | J | T | | | | | |
| 106. IRA Janus Henderson Intl Opptys Mutual Fund (X) | A | Dividend | J | T | | | | | |
| 107. IRA Ivy Small Cap Value Mutual Fund | A | Dividend | J | T | | | | | |
| 108. IRA Pimco Total Return Mutual Fund | A | Dividend | J | T | | | | | |
| 109. IRA Principal Midcap CL P | A | Dividend | J | T | | | | | |
| 110. IRA RS Value Mutual Fund | A | Dividend | J | T | | | | | |
| 111. IRA Oppenheimer Steelpath MLP Alpha Mutual Fund | B | Dividend | J | T | | | | | |
| 112. IRA Templeton Global Bond Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 113. IRA Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 114. Brokerage #7 H | | | | | | | | | |
| 115. Bank of North Carolina common stock (X) | A | Dividend | | | Merged (with line 116) | 06/16/17 | | K | |
| 116. Pinnacle Bank common stock (X) | A | Dividend | K | T | | | | | |
| 117. Hartford Floating Rate Mutual Fund | A | Dividend | K | T | | | | | |
| 118. Lord Abbett High Yield Mutual Fund | B | Dividend | K | T | | | | | |
| 119. Blackrock Total Return Instl. CL | A | Dividend | J | T | Buy | 07/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/01/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fidelity Advisor Intl Cap Apprec. CL I | B | Dividend | K | T | Buy | 07/03/17 | K | | |
| 121. Fidelity Advisor Real Estate Income CL I | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 122. First Eagle Global CL I | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 123. Jensen Quality Growth CL J | A | Dividend | K | T | Buy | 07/03/17 | K | | |
| 124. Lord Abbett Short Duration Income CL F | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 125. Parnassus Core Equity Investor CL | A | Dividend | K | T | Buy | 07/03/17 | K | | |
| 126. Brokerage 8H | | | | | | | | | |
| 127. IRA JPMorgan Chase Common Stock | A | Dividend | J | T | | | | | |
| 128. IRA I Shares US Energy ETF Common Stock | A | Dividend | J | T | | | | | |
| 129. Brokerage #9 H | | | | | | | | | |
| 130. IRA American Balanced Fund | A | Dividend | | | Sold | 08/17/17 | K | A | |
| 131. IRA Doubleline FDS TR | A | Dividend | | | Sold | 08/17/17 | J | A | |
| 132. IRA First Eagle Global Fund Class I | A | Dividend | J | T | | | | | |
| 133. IRA Jensen Quality Growth Fund Class J | A | Dividend | K | T | | | | | |
| 134. IRA Blackrock Total Return Instl. CL | A | Dividend | J | T | Buy | 08/17/17 | J | | |
| 135. IRA Fidelity Advisor Intl Cap Apprec CL I | A | Dividend | K | T | Buy | 08/17/17 | K | | |
| 136. IRA Fidelity Advisor Real Estate Income fund | A | Dividend | J | T | Buy | 08/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IRA Lord Abbett Short Duration Income CL F | A | Dividend | J | T | Buy | 08/17/17 | J | | |
| 138. IRA Parnassus Core Equity Investor CL fund | A | Dividend | K | T | Buy | 08/17/17 | K | | |
| 139. Merrill Lynch Bank Deposit Program | A | Int./Div. | L | T | | | | | |
| 140. Albemarle Supper Club LLC, Charleston, SC Charleston County | A | Rent | J | W | | | | | |
| 141. IRA Dreyfus Money Mkt. Fund | A | Dividend | J | T | | | | | |
| 142. SN 68 Insured Bank Deposit 8 | B | Dividend | M | T | | | | | |
| 143. MefLife $ Market Account | A | Interest | K | T | | | | | |
| 144. BNC accounts (X) | A | Interest | | | Merged (with line 145) | 06/16/17 | K | | |
| 145. Pinnacle accounts (X) | A | Interest | K | T | | | | | |
| 146. Regions $ Mkt. Fund | A | Interest | K | T | | | | | |
| 147. Tradd Street residence, Charleston, SC PR estate (X) | | None | O | W | | | | | |
| 148. Mineral rights - Kern County, CA (X) | A | Rent | J | W | | | | | |
| 149. SN Estate Account (X) | A | Interest | J | T | Open | 08/10/17 | J | | |
| 150. Mineral rights - King County, CA (X) | A | Rent | J | W | | | | | |
| 151. BB&T account | A | Interest | J | T | Open | 01/05/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 11/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Line 9: I inadvertently left off the BB&T stock held in an IRA.

VII. Lines 12 and 20: Spectra merged with Enbridge in February of 2017.

VII. Lines 41, 41: Capital Bank merged with First Horizon in December, 2017.

VII. Lines 43, 44: Park Sterling merged with SouthState Bank in December of 2017.

VII. Lines 46, 47: Bank of North Carolina merged with Pinnacle in June of 2017.

VII. Lines 51, 52, 53: inherited ███████████

VII. Lines 81, 87: Touchstone merged with Sentinel in October of 2017.

VII. Lines 83, 84: AIG merged with Sunamerica years ago but finally changed the fund name in February, 2017.

VII. Lines 90, 91: Bank of North Carolina merged with Pinnacle Bank in June of 2017.

VII Lines 104, 105: typo last year meant to be Bank of North Carolina; now merged with Pinnacle Bank.

VII. Lines 144, 145: Bank of North Carolina now merged with Pinnacle Bank.

VII. Line 106: typographical error, name should be Janus Henderson Intl Opptys Mutual Fund.

VII. Lines 147-150: all assets of ██████ estate; part of duties as personal representative.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Gordon Baker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544